# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4009

_____

|  |  |  |
|---|---|---|
| Edward Darrough, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| International Paper Company, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: August 4, 1998
Filed: August 11, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Edward Darrough appeals from the district court's[1] adverse grant of summary judgment in his employment discrimination action. We have carefully reviewed the record and the parties' briefs, and conclude that the district court did not err. Accordingly, we affirm the judgment of the district court for the reasons set forth in its opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen M. Reasoner, Chief Judge, United States District Court for the Eastern district of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.